600

467 A.2d 52

Commonwealth v. Bolton, Appellant.

Submitted May 13, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

467 A.2d 52

Commonwealth v. Bryant, Appellant.

Petition for Allowance of Appeal
Denied Feb. 3, 1984.

Submitted May 20, 1983. John S. DiGiorgio, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.